DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SANDRA LUCILLE MAYO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1133

_____

May 22, 2024

Appeal from the County Court for Sarasota County; Erika Quartermaine, Judge.

Howard L. Dimmig, II, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


SLEET, C.J., and ATKINSON and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.